**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUL 1 0 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 13-30162-DRH |
| vs. ) | |
| ) | Title 18, United States Code, Section 1347 |
| SHERRI R. GOREE, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

1. **SHERRI R. GOREE** defrauded the State of Illinois Medicaid Home Services program by falsely claiming and taking payments for personal assistant services. The State of Illinois pays a personal assistant hourly wages for performance of services for a qualified beneficiary. The qualified beneficiary must have a written Employment Agreement with the personal assistant and a Service Plan listing all services to be provided. In order for the personal assistant to receive payment from the State of Illinois, the beneficiary must submit a Home Services Time Sheet form listing the hours worked by the personal assistant and signed by both the beneficiary and personal assistant.

2. The Home Services Program is a Medicaid Waiver Program designed to provide a disabled individual who, with assistance in performing daily living activities in the home, would not require similar care in a nursing home. The Illinois Department of Human Services, Division of Rehabilitation Services (DORS) administers the program. Medicaid Waiver programs enable states to use both state and federal Medicaid funds to pay for services related to medical care that would not ordinarily be covered under Medicaid.

3. On January 21, 2010, **GOREE** as the beneficiary completed an Employment Agreement between Customer and Personal Assistant. The personal assistant that was to provide services to **GOREE** was her sister MJ.

4. On or about March 20, 2012, through on or about October 5, 2012, **GOREE,** in furtherance of the scheme to defraud, fraudulently completed Home Service Time Sheets and claimed a total of approximately $8,165.86 from the Illinois Medicaid Home Services Program for personal assistant services claiming that MJ had provided PA services. These payments were fraudulent and in furtherance of the scheme to defraud because MJ was at these relevant times living and during at least of portion of the time, working in the state of Texas. Each form submitted by **GOREE** included the following warning:

- *The intentional falsification of any information submitted on this form could lead to criminal prosecution.*

5. On August 6, 2012, **GOREE**, in furtherance of the scheme to defraud, completed a Home Services Time Sheet stating that MJ performed a total of 51 hours of personal assistant services for her for the following days: July 16, 17, 18, 21, 22, 23, 26, 27, 29, and 30, 2012. MJ was residing and working in Texas since March 2012 and was not available to perform personal assistant services for **GOREE** on any of the days claimed.

## COUNT 1
## Health Care Fraud

6.  Paragraphs 1 through 5 are realleged and incorporated in Count 1.

7.  On or about March 20, 2012, through on or about October 5, 2012, in St. Clair County, within the Southern District of Illinois,

**SHERRI R. GOREE,**

defendant, did knowingly and willfully execute a scheme to defraud a health care benefit program, namely Medicaid, in connection with the delivery of and payment for health care benefits and services by submitting time sheets and receiving payment for personal assistant services not performed, in violation of Title 18, United States Code, Section 1347.

**A TRUE BILL**

RANLEY R. KILLIAN
WILLIAM E. COONAN
Assistant United States Attorneys

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: $10,000 unsecured

3