IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SHERRI R. GOREE,**

**Defendant.**                              Case No. 13-cr-30162-DRH

<u>ORDER</u>

**HERNDON, Chief Judge:**

     This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for defendant Sherri R. Goree, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) and defendant Goree (Doc. 15).  Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on September 26, 2013 (Doc. 14).  During the change of plea, defendant Goree pled guilty to the sole count of the indictment following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Goree's plea of guilty (Doc. 17).

     In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections.  As of this date, neither party has filed an objection.  Therefore, the Court **ADOPTS** the Report in its entirety.  Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent

objection, it is the finding of the Court in the case of *United States v. Sherri R. Goree*, that defendant Goree was fully competent and capable of entering an informed plea, that defendant Goree was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** defendant Sherri R. Goree **GUILTY** on the charge in the indictment. The Court **REMINDS** the parties that this matter is set for sentencing on January 31, 2014, at 11:00 a.m.

**IT IS SO ORDERED.**

Signed this 29th day of October, 2013.

David R. Herndon
2013.10.29
15:17:02 -05'00'

**Chief Judge**
**United States District Court**